UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON L. McDADE,<br><br>  Plaintiff,<br><br>  v.<br><br>J. PRADO PEREZ, et al.,<br><br>  Defendants. | Case No.: 1:23-cv-00157 CDB<br><br>**ORDER DENYING PLAINTIFF'S MOTION REQUESTING DEFENDANTS BE ORDERED TO ANSWER**<br><br>(Doc. 8) |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**RELEVANT PROCEDURAL BACKGROUND**

Plaintiff initiated this action with the filing of his original complaint on February 1, 2023. (Doc. 1.) That same date, the Court issued its First Informational Order In Prisoner/Civil Detainee Civil Rights Case. (*See* Doc. 3.)

On March 16, 2023, Plaintiff filed a first amended complaint. (Doc. 7.)

On March 23, 2023, Plaintiff filed a single page pleading titled "Plaintiff's Motion Requesting The Defendants Be Ordered To Answer." (Doc. 8.) Plaintiff cites to Rule 4 of the Federal Rules of Civil Procedure and requests the Court order "the defendants to answer the summons in this matter." (*Id*.)

//

**DISCUSSION**

As Plaintiff has previously been advised, this Court is required to screen complaints brought by prisoners pursuant to 28 U.S.C. § 1915A(a). (*See* Doc. 3 at 3 ["III. SCREENING OF COMPLAINTS"].) Here, Plaintiff's first amended complaint has not yet been screened. Further, because Plaintiff's first amended complaint has not yet been screened, no summonses have been issued. As Plaintiff was advised in the First Informational Order issued February 1, 2023, the Court will direct service of process only after Plaintiff's complaint has been screened and found to state cognizable claims for relief. (*See* Doc. 3 at 3.) After the complaint is screened and found to have stated a cognizable claim against any defendant, the Court will direct the United States Marshal to serve the complaint on defendants. (*Id*.) Only after successful service of process will defendants appear in the action by filing an answer or other responsive pleading. (*Id*. at 4.)

This Court is one of the busiest district courts in the nation. There are hundreds of *pro se* prisoner complaints awaiting screening and delays are inevitable. The filing of a motion in which Plaintiff requests the Court take action he previously was advised the Court may not order at this juncture further strains the limited resources of the Court. Plaintiff's first amended complaint will be screened in due course.

**CONCLUSION AND ORDER**

For the reasons given above, Plaintiff's motion filed March 23, 2023 (Doc. 8) is **DENIED**.

IT IS SO ORDERED.

Dated:  **March 27, 2023**                                  _____
                                                                                    UNITED STATES MAGISTRATE JUDGE

2